UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>WENDY S. BREWSTER, )<br>)<br>      Defendant. ) | No. 4:05-CR-163 CEJ |

## ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On May 3, 2005, Judge Noce issued an Order and Recommendation in which he recommended that the defendant's motion to suppress statements be denied. No objections to the Order and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the motion of defendant Wendy S. Brewster to suppress statements [Doc. # 15] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 23rd day of May, 2005.